WAGNER CHOI & VERBRUGGE
Attorneys at Law

JAMES A. WAGNER
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: jwagner@wcelaw.com
Email: cchoi@wcelaw.com

Attorneys for Debtor
and Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>POMARE, LTD.<br>dba Hilo Hattie ,<br><br>        Debtor and<br>        Debtor-in-possession | Case No. 08-01448<br>(Chapter 11) |

## DEBTOR'S SCHEDULES AND STATEMENT OF AFFAIRS

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In re *Pomare, Ltd., a Hawaii corporation*

    *dba Hilo Hattie*

Case No. *08-01448*
Chapter *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 15,825,657.17 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 3,955,874.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 47 | | $ 1,019,139.02 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 138 | | $ 8,792,034.53 | |
| G-Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 198 | $ 15,825,657.17 | $ 13,767,047.55 | |

In re _Pomare, Ltd._____,       Case No. _08-01448_____
               Debtor(s)                                                     (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |
| | | **TOTAL $** (Report also on Summary of Schedules.) | 0.00 | |

No continuation sheets attached

In re _Pomare, Ltd._                        ,        Case No. _08-01448_

                           Debtor(s)                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _Cash on hand_<br>_Location:_<br>_In debtor's possession_ | | $ 10,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Bank of Hawaii (Credit Card Funds), Account No. 00020-44005_ | | $ 101,000.00 |
| | | _Central Pacific Bank, Accounts Payable Account_ | | $ 0.00 |
| | | _Central Pacific Bank, EFT Account No. 4000303832_ | | $ 26,715.45 |
| | | _Central Pacific Bank, GTE Operating Account No. 4000323892_ | | $ 688,967.22 |
| | | _First Hawaiian Bank, Operating Account No. 01-199501_ | | $ 150,496.00 |
| | | _U.S. Bank, Payroll Account No. 1-654-0021-7890_ | | $ 36,000.00 |
| | | _U.S. Bank Operating Account No. 1-654-0021-7882_ | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | _See Schedule B-3_ | | $ 30,256.27 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

U.S. Bankruptcy Court - Hawaii  #08-01448  Dkt # 118  Filed 10/24/08  Page 4 of 21

In re  *Pomare, Ltd.*                                              Case No.  *08-01448*
                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *See Schedule B-9* *Location:* *In debtor's possession* | | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Stock Interests:  Hilo Hattie Corporate Sales and Uniforms; VM, LLC; Hilo Hattie Holdings, LLC; Hilo Hattie Florida LLC* | | *Unknown* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *See Schedule B-16* | | $ 337,282.23 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *See Schedule B-22* | | *Unknown* |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re <u>Pomare, Ltd.</u>                                    ,          Case No. <u>08-01448</u>
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | See Schedule B-28. Location: In debtor's possession | | $ 25,735.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, Fixtures and Equipment.  See Schedule B-28. | | $ 886,962.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Capital Lease Equipment (See Schedule B-28.) Location: In debtor's possession | | $ 2,729,905.00 |
| 30. Inventory. | | See Schedule B-30 Location: In debtor's possession | | $ 4,600,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Leasehold improvements and construction in progress.  See Schedule B-28. | | $ 6,202,338.00 |

**Total** ➔     $ 15,825,657.17

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

U.S. Bankruptcy Court - Hawaii  #08-01448  Dkt # 118  Filed 10/24/08  Page 6 of 21

Pomare, Ltd.
Security Deposits
Balance as of October 1, 2008

| Paid To | Amount |
|---|---|
| Bank of Hawaii -GP Server and Mini Buses | $ 6,946.16 |
| San Diego Gas & Electric | 5,715.11 |
| Southern California Edison | 17,595.00 |
| Total Security Deposits | $ 30,256.27 |

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
10/08/2008

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

MARSH USA INC.
P. O. BOX 4238
HONOLULU, HI 96812
Attn: (808) 585-3500

018985-CA-ALL-

| INSURED | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| POMARE, LTD. DBA HILO HATTIE 700 N. NIMITZ HIGHWAY HONOLULU, HI 96817 | INSURER A: National Fire Insurance Co Of Hartford | 20478 |
| | INSURER B: National Union Fire Ins Co Pittsburgh PA | 19445 |
| | INSURER C: Valley Forge Insurance Co | 20508 |
| | INSURER D: Lloyd's Of London | 1122000 |
| | INSURER E: American Bankers Insurance Company Of | 10111 |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR | 2095852567 | 07/11/08 | 07/11/09 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GENERAL AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ $ |
| B | | **EXCESS/UMBRELLA LIABILITY** [X] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [X] RETENTION $ 10,000.00 | BE2858877 | 07/11/08 | 07/11/09 | EACH OCCURRENCE | $ 30,000,000 |
| | | | | | | AGGREGATE | $ 30,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| C | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 2095852603 | 07/11/08 | 07/11/09 | [X] WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A D E | | **OTHER** PROPERTY DIFFERENCE IN CONDITIONS FLOOD | 2095852567 047500013828L00 1011133438 | 07/11/08 07/11/08 10/01/08 | 07/11/09 07/11/09 10/01/09 | SEE ATTACHED SEE ATTACHED SEE ATTACHED | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

- PROOF OF INSURANCE -

| CERTIFICATE HOLDER  SEA-001252613-03 | CANCELLATION |
|---|---|
| POMARE, LTD. 700 N. NIMITZ HIGHWAY HONOLULU, HI 96817 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Rocco Sansone |

ACORD 25 (2001/08)

ⓒ ACORD CORPORATION 1988

U.S. Bankruptcy Court - Hawaii  #08-01448  Dkt # 118  Filed 10/24/08  Page 8 of 21

**Schedule B-9**

# MARSH

MARSH MERCER KROLL
GUY CARPENTER OLIVER WYMAN

## Pomare, Ltd.

Schedule of Insurance
July 11, 2008 to 2009

| Coverage | Insurance Company | Policy Number | Effective Date | Expiration Date | Estimated Premium |
|---|---|---|---|---|---|
| **Hawaii** | | | | | |
| Package – General Liability, Property, Inland Marine, Boiler & Machinery | First Indemnity Insurance | CPP7036385 | 7/11/2008 | 7/11/2009 | $176,388.00 |
| Automobile | First Fire & Casualty | CBA6362152 | 7/11/2008 | 7/11/2009 | $56,390.00 |
| Workers Compensation | First Security Insurance | FWC7222109 | 7/11/2008 | 7/11/2009 | $105,908.00 |
| **California** | | | | | |
| Package – General Liability, Property, Inland Marine, Boiler & Machinery | National Fire of Hartford | 2095852567 | 7/11/2008 | 7/11/2009 | $21,795.00 |
| Workers Compensation | Valley Forge | WC2095852603 | 7/11/2008 | 7/11/2009 | $23,546.00 |
| D.I.C. – Earthquake and Flood | Lloyd's of London | 047500013828L00 | 7/11/2008 | 7/11/2009 | $10,500.00 |
| Flood | American Bankers | 1011133438 | 10/01/2007 | 10/01/2008 | $1,700.00 |
| Excess Flood | Lloyd's of London | AEFO1033C | 10/01/2007 | 10/01/2008 | $1,553.00 |
| **All** | | | | | |
| Foreign Package | Insurance Company of the State of PA | WR10008002 | 7/11/2008 | 7/11/2009 | $2,500.00 |
| Umbrella Excess Liability | National Union Fire Ins. Co. of PA | BE2858877 | 7/11/2008 | 7/11/2009 | $45,594.00 |
| Finpro – Directors & Officers, Employment Practices, Fiduciary and Crime | Federal | 82104521 | 7/11/2008 | 7/11/2009 | $22,385.00 |

**POMARE, LTD.**
**ACCOUNTS RECEIVABLE SUMMARY**
**ESTIMATED AS OF OCTOBER 1, 2008**

| | TOTAL | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS + |
|---|---|---|---|---|---|
| Apparel Receivables | $ 107,221.58 | $ 26,009.23 | $ 915.53 | $ 5,071.30 | $ 75,225.52 |
| Merchandising A/R | 5,234.32 | 218.74 | 7.00 | 0.00 | 5,008.58 |
| Other A/R | 249,067.08 | 59,128.89 | 143,356.47 | 173.79 | 46,407.93 |
| Total A/R | 361,522.98 | 85,356.86 | 144,279.00 | 5,245.09 | 126,642.03 |
| Less Allowance for Doubtful Accts. | (24,240.75) | 0.00 | 0.00 | 0.00 | (24,240.75) |
| ESTIMATED RECEIVABLES | $ 337,282.23 | $ 85,356.86 | $ 144,279.00 | $ 5,245.09 | $ 102,401.28 |

√

**Schedule B-16**

## Pomare, Ltd.
## Trade Marks / Trade Names
## State of Hawaii
### May 6, 2008

| No. | Trade Mark / Trade Name | Type of Registration | Purpose/Goods/Services | Classification of Goods | Registration No. | Registration Date | Expiration Date |
|-----|-------------------------|----------------------|------------------------|-------------------------|------------------|-------------------|-----------------|
| | 808 SURF | Trade Name | Apparel and accessories (wholesale & retail) | | 4028150 | November 19, 2004 | 11/18/09 |
| | HILO HATTIE | Trademark | Fragrances, bath soaps in liquid, solid or gel form, face and body lotions and creams, facial cleansers, lip balm, perfumed powders. | 3 | 4047414 | October 2, 2006 | 10/01/11 |
| | HILO HATTIE | Trademark | Jewelry | 14 | 4047415 | October 2, 2006 | 10/01/11 |
| | HILO HATTIE | Trademark | Beach bags, cases, purses, souvenir bags, tote bags, make up bags sold empty, evening handbags. | 18 | 4047416 | October 2, 2006 | 10/01/11 |
| | HILO HATTIE | Trademark | Beach towels, pillow shams, pillow cases, quilts, bed linen, bath towels, hand towels, face towels. | 24 | 4047421 | October 2, 2006 | 10/01/11 |
| | HILO HATTIE | Trademark | Belts, blouses, dresses, hats, jackets, loungewear, neckties, pants, sandals, sarongs, shirts, shoes, shorts, silk scarves, skirts, t-shirts, tank tops. | 25 | 4047417 | October 2, 2006 | 10/01/11 |
| | POMARE | Trademark | Beach bags, cases, purses, souvenir bags, tote bags, scarves, swim trunks, swimsuits, t-shirts, aloha wear for men, women and children; namely beach coverups, aloha shirts, muu muus, dresses, sarongs, skirts, hats, sandals. | 18 | 4046530 | August 23, 2006 | 08/22/11 |
| | ALOHA DAYS | Trademark | | 25 | 4046529 | August 23, 2006 | 08/22/11 |
| | BLACK POINT BY HILO HATTIE | Trade Name | Manufacturing, retail sales and wholesale of upscale closthing lines and accessories for men and women. | | 4026825 | October 6, 2004 | 10/05/09 |
| | COCONUT MOON | Trademark | Clothing and accessories. | 25 | 2171149 | July 22, 1997 | 07/21/08 |
| | COCONUT MOON | Trademark | Fragrances, bath soaps in liquid, solid or gel form, face and body lotions and creams, facial cleansers, lip balm, perfumed powders. | 3 | 4046528 | August 23, 2006 | 08/22/11 |
| | COCONUT MOON | Trademark | Jewelry | 14 | 4046525 | August 23, 2006 | 08/22/11 |
| | COOL BIZ | Trademark | Clothing | 25 | 4041520 | March 6, 2006 | 03/05/11 |
| | HILO HATTIE (Trade name received corrected certificate from BREG) | Trade Name | Manufacture, wholesale and retail sales of wearing apparel, footwear, hats, bags, accessories, perfume, jewelry, post cards, greeting cards, photo albums, fabrics curios. | | 242445 | October 20, 1980 | 10/19/2020 |

U.S. Bankruptcy Court - Hawaii  #08-01448  Dkt # 118  Filed 10/24/08  Page 11 of 21

### Schedule B-22

| No. | Trade Mark / Trade Name | Type of Registration | Purpose/Goods/Services | Classification of Goods | Registration No. | Registration Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| | HILO HATTIE | Trademark | Wearing apparel; footwear; hats. | 25 | 239789 | October 20, 1980 | 10/19/10 |
| | HILO HATTIE ISLAND COLLECTIONS | Trade Name | Clothing, wholesale & retail. | | 4016433 | October 2, 2003 | 10/01/08 |
| | HULA DOLL | Trade Name | Manufacturing, retail sales and wholesale of upscale clothing line and accessories for men and women. | | | | |
| | | | Mail order, on-line and retail store services specializing in the field of wedding and party clothing and accessories, gifts of processed and | | 4033683 | June 9, 2005 | 06/08/10 |
| | ISLAND VOWS | Service Mark | natural foods, jewelry and musical recordings. | 35 | 4046537 | August 23, 2006 | 8/22/2011 |
| | ISLAND VOWS | Service Mark | Wedding consultation services. | 45 | 4046540 | August 23, 2006 | 8/22/2011 |
| | ISLAND VOWS | Trademark | Staple foods; specialty and snack foods; namely, mixtures of popcorn, candy and nuts and sales. | 30 | 4043293 | April 27, 2006 | 04/26/11 |
| | ISLAND VOWS | Trademark | Clothing, footwear, headgear | 25 | 4041936 | March 22, 2006 | 03/21/11 |
| | ISLAND VOWS | Trademark | Fragrances, bath soaps in liquid, solid or gel form, face and body lotions and creams, facial cleansers, lip balm, perfumed powders. | 3 | 4046531 | August 23, 2006 | 08/22/11 |
| | ISLAND VOWS | Trademark | Perfumed candles. | 4 | 4046532 | August 23, 2006 | 08/22/11 |
| | ISLAND VOWS | Trademark | Wedding albums, bags of paper or plastics for packaging, calendars, stationary, paper party favors, pencils, pens, paper napkins, paper placemats. | 16 | 4046534 | August 23, 2006 | 08/22/11 |
| | ISLAND VOWS | Trademark | Beach bags, cases, purses, souvenir bags, tote bags, evening handbags, cosmetic bags sold empty. | 18 | 4046535 | August 23, 2006 | 08/22/11 |
| | ISLAND VOWS | Trademark | Cold cast resin figurines, figurines of stone, china, glass or porcelain, picture frames (not of precious metals and not digital photo frames), plastic sculptures. | 20 | 4047121 | August 22, 2006 | 8/21/2011 |
| | ISLAND VOWS | Trademark | Ceramic sculptures, vases, vessels, bowls, plates and pots, mugs, plastic place mats, soap dishes. | 21 | 4047127 | August 22, 2006 | 8/21/2011 |
| | ISLAND VOWS | Trademark | Beach balls, molded toy figures, soft sculpture dolls, soft sculpture toys, party favors in the nature of small toys. | 28 | 4046536 | August 23, 2006 | 8/22/2011 |

U.S. Bankruptcy Court - Hawaii   #08-01448   Dkt # 118   Filed 10/24/08   Page 12 of 21

## Pomare, Ltd.
## Trade Marks / Trade Names
## State of Hawaii
## May 6, 2008

| No. | Trade Mark / Trade Name | Type of Registration | Purpose/Goods/Services | Classification of Goods | Registration No. | Registration Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| | ISLANDS HAWAIIAN COFFEE | Trademark | Staple foods; food items such as coffee beans, candy, cookies, drinks and any other related food products. | 30 | 228266 | October 5, 1998 | 10/26/09 |
| | ISLANDS KONA COFFEE | Trademark | Staple foods; food items such as coffee beans, candy, cookies, drinks and any other related food products. | 30 | 228267 | October 27, 1998 | 10/04/09 |
| | KONA HAWAII COFFEE CO. | Trademark | Staple foods; food items such as coffee beans, candy, cookies, drinks and any other related food products. | 30 | 224895 | May 21, 1998 | 05/20/09 |
| | LEI Z'S | Trademark | Clothing, footwear, caps and hats. | 25 | 4043273 | April 27, 2006 | 04/26/11 |
| | LEI Z'S | Trademark | Staple foods; specialty and snack foods; namely, mixtures of popcorn, candy, nuts and salsa. | 30 | 4043294 | April 27, 2006 | 04/26/11 |
| | LEI Z'S | Trademark | Fragrances, bath soaps in liquid, solid or gel form, face and body lotions and creams, facial cleansers, lip balm, perfumed powders | 3 | 4046511 | August 22, 2006 | 08/21/11 |
| | LEI Z'S | Trademark | Accessory bags, beach bags, carry-all bags, cases, leather key chains, lunch bags, purses, souvenir bags | 18 | 4046510 | August 22, 2006 | 08/21/11 |
| | LEI Z'S | Trademark | Beach towels, pillow shams, pillow cases, quilts, bed linen, bath towels, hand towels, face towels. | 24 | 4046509 | August 22, 2006 | 08/21/11 |
| | PALM BAY | Trademark | Clothing and accessories. | | 224897 | April 3, 1998 | 04/02/09 |
| | ROYAL PALM & DESIGN (palm frond used as letter O in word Royal) | Trademark | Men's and women's clothing | | 226839 | July 3, 1979 | 07/02/09 |
| | SEA WIND HAWAII | Trademark | Clothing | | 236580 | June 21, 1989 | 06/20/10 |
| | SPORTSWEAR INSPIRED BY A LEGEND | Trademark | Shirts, pants, swimwear, neckties, T-shirts, hat bands, hats, shorts. | 25 | 4054590 | June 13, 2007 | 06/12/12 |
| | STORE OF THE ISLANDS | Trademark | Novelty items, memorabilia, and collectibles. | 28 | 244887 | February 17, 2000 | 02/16/11 |
| | BEST FRIENDS by HILO HATTIE | Trademark | Games and play things; gymnastic and sporting articles not included in other classes; decorations for Christmas trees. | 28 | 4060818 | February 19, 2008 | 2/18/2013 |

U.S. Bankruptcy Court - Hawaii   #08-01448   Dkt # 118   Filed 10/24/08   Page 13 of 21

Pomare, Ltd.
Trade Marks
United States
May 6, 2008

| | Trademark | Classification of Goods | Purpose / Goods / Services | Serial No. | Application Date | Registration No. | Registration Date | Sect. 15, Sect 8-6 YR | Section 8 (10 Yr) | Renewal Date | Expiration next deadline |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⑧ | HILO HATTIE | 25 | Shirts, pants, dresses, shorts, muu muus and t-shirts. | 73787272 | 3/15/1989 | 1562337 | 10/24/1989 | 3/20/1995 | | | 10/24/2009 |
| ⑧ | HILO HATTIE | 42 | Retail gift shop and mail order services in the fields of resortwear and gifts. | 74473032 | 12/27/1993 | 1868767 | 12/20/1994 | 6/15/2000 | 10/13/2004 | 12/20/2014 | 12/20/201 |
| ⑧ | HILO HATTIE | 30 | Specialty and snack foods, namely, mixtures of popcorn, candy and nuts, and salsa. | 74473033 | 12/27/1993 | 1869828 | 12/27/1994 | 6/15/2000 | 10/13/2004 | 12/27/2014 | 12/27/201 |
| ⑧ | HULA DOLL Revamped line Feb 2008 | 25 | Apparel for women, namely, blouses, skirts, dresses, knit tops, pants, sweaters. | 78643514 | 6/3/2005 | 3175444 | | | | | 11/21/20 |
| ⑧ | THE HAWAIIAN ORIGINAL | 35 | Mail order and retail store services, specializing in the field of clothing and accessories, processed and natural foods, jewelry and musical recordings. | 75548430 | 9/4/1998 | 2294382 | 11/23/1999 | 11/23/1999 filed | | | 11/23/2009 |
| ⑧ | THE STORE OF HAWAII | 35 | Mail order and retail store services, specializing in the field of clothing and accessories, processed and natural foods, jewelry and musical recordings. | 75548431 | 9/4/1998 | 2294383 | 11/23/1999 | 11/23/1999 filed | | | 11/23/200 |
| tm | HILO HATTIE | 3 | Bath soaps in liquid, solid or gel form; Bath salts; Face and body lotions; Cologne. | 77207860 | 6/16/2007 | 3381287 | 2/12/2008 | | | | 2/12/201 |

## Pomare, Ltd.
## Trade Marks
## Mexico
## May 6, 2008

| Trademark | Intl Class | Goods | Registration No. | Application Date | Expiration Date |
|---|---|---|---|---|---|
| HILO HATTIE | 6 | Key chains made of metal. | 648539 | 1/19/2000 | 1/19/2010 |
| HILO HATTIE | 14 | Jewelry | 643464 | 1/19/2000 | 1/19/2010 |
| HILO HATTIE | 16 | plastic bags, postcards, pens, pencils. bags for merchandise packaging, paper bags, | 648540 | 1/19/2000 | 1/19/2010 |
| HILO HATTIE | 18 | cases, purses and portfolios. Luggage, namely, tote bags, duffle bags, brief | 643466 | 1/19/2000 | 1/19/2010 |
| HILO HATTIE | 20 | Key chains of non-metal material. | 676635 | 1/19/2000 | 1/19/2010 |
| HILO HATTIE | 26 | Hair ornaments and pins. | 645826 | 1/31/2000 | 1/31/2010 |
| HILO HATTIE | 25 | Clothing, footwear, caps and hats. | 643465 | 1/19/2000 | 1/19/2010 |

Pomare, Ltd.
Trade Marks
Japan
May 6, 2008

| Trademark | Registrant/Applicant | Intl Class | Purpose / Goods / Services | Application No. | Application Date | Registration No. | Registration Date | Publication Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| HILO HATTIE/ヒ ロ ハッティ Pomare, Ltd. | | 30 | Coffee and/or cocoa, coffee beans, tea, condiments, spices, food flavoring (not including essential oils), rice, husked oats, husked barley, flour (for food), gluten for food use, cereal preparations, gyoza, sandwiches, shumai, sushi, takoyaki, nikumanju, (manapua/char sui bao), hamburgers, pizza, bentos, hot dogs, meat pies, ravioli, confectionary bread and buns, instant confectionary mixes, ice cream mixes, sherbet mixes, almond paste, powdered yeast, koji (fermented malted rice used for making sake), yeast, baking powder, ice, binding agents for ice cream, meat tenderizers for household use, sake lees for food, preparations for stiffening whipped cream. | H10-33403 | 4/20/1998 | 4371784 | 3/31/2000 | 5/9/2000 | 3/31/20 |
| HILO HATTIE/ヒ ロ ハッティ Pomare, Ltd. | | 30 | whipped cream. | H10-68853 | 8/13/1988 | 4316717 | 9/17/1999 | 11/8/1999 | 9/17/ |
| HILO HATTIE | Pomare, Ltd. | 25 | U.S.A Sports wear, blouses, shorts, dresses, muu muus, shirts, T-shirts, ties, hats, other apparel, garters, stocking suspenders, suspenders, waistbands, belts, slippers, other footwear, special fancy dress, special sporting wear, special sporting footwear, all made in the U.S.A. | | | 4371784 | 3/31/2000 | 5/9/2000 | 3/31/20 |
| HILO HATTIE/ヒ ロ ハッティ Pomare, Ltd. | | 25 | Apparel, garters, suspenders, braces, bands belts, footwear costumes, specialized sports apparel, specialized sports shoes | 2006-1841 | 1/13/2006 | 4998988 | 12/27/2006 | 2/9/2006 | 10/27/ |

Hilo Hattie Corporate Sales and Uniforms, Inc.
fka Pomare International Corporation

Trade Names, Trade Marks and Service Marks
State of Hawaii
May 6, 2008

| No. | Trade Mark / Trade Name | Type of Registration | Purpose/Goods/Services | Registration No. | Registration Date | Expiration Date |
|-----|------------------------|---------------------|------------------------|------------------|-------------------|-----------------|
| | TRENDS MILANO | *Trade Name* | Retail sales of men's, women's and children's apparel, accessories, gift and souvenirs items including, but not limited, to cosmetics, fragrance and jewelry | 224458 | 3/19/1998 | 3/18/2009 |

Pomare, Ltd.
Estimated Net Fixed Assets and Construction in Progress
As of October 1, 2008

| Property & Equipment | | Cost | | Accum Deprn | | Est Net Book Value @ 10/1/08 |
|---|---|---|---|---|---|---|
| Leasehold Improvements | $ | 12,740,344 | $ | (8,843,764) | $ | 3,896,580 |
| Leasehold Acquisitions | | 8,169 | | (7,261) | | 908 |
| Furniture, Fixtures & Equipment | | 9,947,741 | | (9,060,779) | | 886,962 |
| Capital Lease Equipment | | 5,201,567 | | (2,471,662) | | 2,729,905 |
| | | 27,897,821 | | (20,383,466) | | 7,514,355 |
| Vehicles | | 117,379 | | (91,644) | | 25,735 |
| Total Estimated Net Fixed Assets as of October 1, 2008 | $ | 28,015,200 | $ | (20,475,110) | $ | 7,540,090 |

| Construction in Progress | | Est Balance @ 10/1/08 |
|---|---|---|
| Royal Hawaiian Center | $ | 2,305,758 |
| Others | | 13,086 |
| Total Estimated Construction in Progress as of October 1, 2008 | $ | 2,318,844 |

**Stock Ledger Report - Estimated**
**End of Day 10/1/2008**

| | Cost | Retail | % | |
|---|---|---|---|---|
| **Beginning Inventory** | $4,106,140.75 | $10,909,103.34 | 62.36 | |
| | | | | |
| Adjusted Purchases | 1,965,944.29 | 5,171,586.17 | 61.99 | |
| Distributions Inbound | 905,864.48 | 2,318,300.29 | 60.93 | |
| Distributions Outbound | (905,864.45) | (2,318,300.29) | 60.93 | |
| Return to Vendor | (8,659.63) | (29,076.79) | 70.22 | |
| Transfers Inbound | 812,254.25 | 2,209,167.73 | 63.23 | |
| Transfers Outbound | (812,254.25) | (2,209,167.73) | 63.23 | |
| **Net Receipts** | 1,957,284.69 | 5,142,509.38 | 61.94 | |
| Freight  * | 90,000.00 | | | * Estimated Sept |
| Landed Cost | | | | |
| Transferred Merch Reclassification | | | | |
| Miscellaneous * | (46,059.90) | $0.00 | | |
| Permanent Markups | | $38,146.50 | | |
| Permanent Markup adjustment | | | | |
| | | | | |
| **Goods Available for Sale** | $6,107,365.54 | 16,089,759.22 | 62.04 | |
| | | | | |
| Sales | | 3,830,481.47 | | |
| Returns | | (119,716.20) | | |
| **Net Sales** | | 3,710,765.27 | | |
| | | | | |
| Permanent Markdowns | | 435,451.29 | | |
| Permanent Markdown Adjustment | | - | | |
| Mark Out of Stock | | - | | |
| Promotional Markdowns | | - | | |
| Employee/Other Discounts | | 150,174.35 | | |
| **Net Price Reductions** | | 585,625.64 | | |
| | | | | |
| Shrink Reserve Allocation | | 40,994.50 | | |
| Shrink Reserve Adjustment | | - | | |
| **Net Shrink Adjustments** | | 40,994.50 | | |
| **Inventory Adjustments** | | (8,910.44) | | |
| | | | | |
| **Ending Inventory** | $4,460,976.81 | 11,752,373.81 | 62.04 | |
| | | | | |
| Cost of Goods Sold | $1,646,388.73 | | 44.37% | |
| COG Adjustments * | $46,059.90 | | 1.24% | * promotional GWP & Lei Sept. |
| **Net Cost of Goods Sold** | $1,692,448.63 | | 45.61% | |
| | | | | |
| **Gross Margin** | | $2,018,316.64 | 54.39% | |
| | | | | |
| Estimated Ending Inventory 10/4/08 | $4,460,976.81 | $11,752,373.81 | | |
| Sales 10/2/2008 - 10/4/2008 | 140,858.33 | 317,478.00 | | |
| **Estimated Inventory EOD 10/1/2008** | $   4,601,835.14 | $ 12,069,851.81 | 61.87% | |
| | | | | |
| DBI | (22,059.87) | (48,093.37) | | |
| Iolani | (54,678.95) | (116,577.47) | | |
| Tori Richards | (245,624.27) | (766,997.14) | | |
| **Secured Consignment Vendors** | (322,363.09) | (931,667.98) | | |
| | | | | |
| **Estimated Inventory with out consignment** | $   4,279,472.05 | $ 11,138,183.83 | | |

B6D (Official Form 6D) (12/07)

In re _Pomare, Ltd._ _____,  Case No. _08-01448_ _____
**Debtor(s)**                                                         (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 1 Bank of Hawaii P.O. Box 30090 Dept. 248 Honolulu HI 96820 | | Equipment Lease   Value: $ 0.00 | | | | $ 269,323.00 | $ 269,323.00 |
| Account No:  Creditor # : 2 Central Pacific Bank 220 S. King Street Honolulu HI 96813 | | Equipment Lease   Value: $ 0.00 | | | | $ 744,608.00 | $ 744,608.00 |
| Account No:  Creditor # : 3 DBI-Hawaii, Inc. P.O. Box 25033 Honolulu HI 96825 | | Purchase Money Security Int .   Value: $ 0.00 | | | | $ 22,060.00 | $ 22,060.00 |

_1_ continuation sheets attached

Subtotal $ (Total of this page) ........ $ 1,035,991.00 | $ 1,035,991.00

Total $ (Use only on last page) ........

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re Pomare, Ltd.
_____
           **Debtor(s)**

Case No. 08-01448
_____
           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>De Lage Landen Financing Servi | | Copier Leases<br><br>Value: $ 0.00 | | | | $ 2,159.00 | $ 2,159.00 |
| Account No:<br>Creditor # : 5<br>First Hawaiian Leasing<br>P.O. Box 1240<br>Honolulu HI 96807 | | Equipment Lease<br><br>Value: $ 0.00 | | | | $ 1,273,956.00 | $ 1,273,956.00 |
| Account No:<br>Creditor # : 6<br>Iolani Sportswear<br>(Non Consign)<br>1234 Kona Street<br>Honolulu HI 96814 | | Purchase Money Security Int<br><br>Value: $ 0.00 | | | | $ 54,679.00 | $ 54,679.00 |
| Account No:<br>Creditor # : 7<br>Maui Divers of Hawaii, Ltd.<br>1520 Liona Street<br>Honolulu HI 96814 | | Concession Agreement<br><br>Value: $ 0.00 | | | | $ 1,250,500.00 | $ 1,250,500.00 |
| Account No:<br>Creditor # : 8<br>Tori Richard Ltd.<br>1334 Moonui Street<br>Honolulu HI 96817 | | Purchase Money Security Int<br><br>Value: $ 0.00 | | | | $ 245,624.00 | $ 245,624.00 |
| Account No:<br>Creditor # : 9<br>Toshiba Financial Services<br>P.O. Box 31001-0271<br>Pasadena CA 91110 | | Equipment Leases<br><br>Value: $ 0.00 | | | | $ 92,965.00 | $ 92,965.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 2,919,883.00 | $ 2,919,883.00 |
| Total $<br>(Use only on last page) | $ 3,955,874.00 | $ 3,955,874.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |