WAGNER CHOI & VERBRUGGE
Attorneys at Law

JAMES A. WAGNER
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: jwagner@wcelaw.com
Email: cchoi@wcelaw.com

Attorney for Debtor
and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 08-01488 |
| | (Chapter 11) |
| POMARE, LTD. | |
| dba Hilo Hattie, | Date: November 13, 2008 |
| | Time: 2:00 p.m. |
| Debtor and | Judge: Hon. Robert J. Faris |
| Debtor-in-possession | |

ORDER AUTHORIZING DEBTOR TO EMPLOY MCCORISTON
MILLER MUKAI MACKINNON LLP AS SPECIAL COUNSEL

The Application for Order Authorizing Retention of McCorriston Miller

Mukai MacKinnon LLP as Special Corporate Counsel to the Debtor *Nunc Pro Tunc* to

October 2, 2008 (the "Application") filed by Pomare, Ltd., debtor and debtor in

possession (the "Debtor") on October 21, 2008, came on for a hearing on November

1

U.S. Bankruptcy Court - Hawaii   #08-01448   Dkt # 184   Filed 11/18/08   Page 1 of 2

13, 2008 at 2:00 p.m. before the Honorable Robert J. Faris, United States Bankruptcy

Judge. Appearances are as noted in the record.

Having reviewed the Objection of the U.S. Trustee to the Application, the

Application and all papers filed in support thereof, including the supplemental

disclosures contained in the Supplemental Declaration of Nancy Grekin in support of

the Application filed on November 14, 2008, and having considered the oral arguments

made at the hearing, the Court finding that: (a) it has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2), (c) notice of the hearings on the Application was proper and

sufficient under the circumstances, and (d) the legal and factual bases set forth in the

Application justify granting the requested relief, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1.        The Application is granted, and the Debtor is authorized to

employ, subject to 11 U.S.C. § 330 and other applicable local rules and guidelines,

McCorriston Miller Mukai MacKinnon LLP as special corporate counsel effective as

of October 2, 2008.

---

In re Pomare, Ltd., Bk. No. 08-01448; ORDER AUTHORIZING DEBTOR TO
EMPLOY MCCORISTON MILLER MUKAI MACKINNON LLP AS SPECIAL
COUNSEL

U.S. Bankruptcy Court - Hawaii  #08-01448  Dkt # 184  Filed  11/18/08  Page 2 of 2